Patricia A. SPAYD, Respondent,

v.

Ralph H. CRUSE, Jr., Appellant.

No. WD 63073.

Missouri Court of Appeals,
Western District.

May 18, 2004.

J. Michael Murphy, Liberty, MO, for Appellant.

Karen M. Gleason, Kansas City, MO, for Respondent.

Before JOSEPH M. ELLIS, C.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Ralph H. Cruse, Jr., appeals from the judgment of the circuit court after a jury found him liable for defaulting on a promissory note. For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the circuit court. Rule 84.16(b).